# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JOHN C. BUCHANAN, JR.**,

          Plaintiff,

    vs.

          No. 2:12-cv-15511
          Hon. Gerald E. Rosen

**JAMES W. METZ II** and **DONOVAN MOTLEY**,

          Defendants.

_____/

## OPINION AND ORDER DENYING DEFENDANT MOTLEY'S MOTION TO CHANGE VENUE

On March 3, 2014, this Court entered an Opinion and Order dismissing Defendant Metz from this matter. (Dkt. # 36). Prior to dismissing Metz, this Court had previously denied a request from Metz and Motley to change venue to the Western District of Michigan. (Dkt. # 32). Motley now renews the motion to change venue, primarily relying upon Metz's dismissal as grounds to change venue. (Dkt. # 39).

The Court finds Motley's motion to be premature. Plaintiff has moved this Court to reconsider its March 3, 2014 decision. (Dkt. # 38). At the Court's March 25, 2014 scheduling conference, Plaintiff's counsel indicated that Plaintiff will shortly be filing a motion to amend his complaint. Because resolution of

Plaintiff's motion for reconsideration -- and the forthcoming motion to amend his Complaint -- may affect Motley's instant motion, the Court hereby denies Motley's motion as premature, without prejudice.

For all of the foregoing reasons,

IT IS HEREBY ORDERED that Defendant Motley's Renewed Motion to Change Venue [Dkt. # 39] is DENIED without prejudice.

**IT IS SO ORDERED.**


Dated: March 26, 2014

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF, U.S. DISTRICT COURT


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 26, 2014, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, 313-234-5135